UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

IN RE:

MELVIS CABRERA                                             CASE NO.:  11-23685-RAM

    Debtor(s)                                                  CHAPTER 13

ADDRESS:    10-12 EAST 14 STREET
                       HIALEAH, FL 33010

LAST 4 OF SSN:    xxx-xx-1118

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
*Subject Property:  10-12 E 14TH ST, HIALEAH FL 33010*

**COMES NOW**, **SMITH, HIATT & DIAZ, P.A.**, attorneys for U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF1, its successors and assigns, secured creditor and party in interest, and hereby enters its appearance in the above-styled cause.  Further, pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby requests that all notices given or required to be given in this case and all papers required to be served in this case, be given and served upon the undersigned attorney.

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect in any way any of the above creditor's rights or interest with respect to the debtor, property or proceeds thereof which the debtor may claim an interest, or property or proceeds thereof in the possession, custody or control of the above-named creditor which debtor may seek to use or which require to seek to require any act or delivery of any property, payment or other conduct by the above-named creditor.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

ROY A. DIAZ, ESQUIRE
SMITH, HIATT & DIAZ, P.A.
2691 E. Oakland Park Blvd.
Suite 303
Fort Lauderdale, FL  33306


**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth Local Rule 2090-1(A).

> SMITH, HIATT & DIAZ, P.A.
> Attorneys for Creditor
> 2691 E. Oakland Park Blvd.
> Suite 303
> Fort Lauderdale, FL  33306
> Phone: (954) 564-0071
> Fax:  (954) 564-9252
> E-mail: rdiaz@smith-hiatt.com
>
> By: /s/Roy A. Diaz
>     Roy A. Diaz
>     Florida Bar No.767700

1184-112740

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy has been furnished by electronic or U.S. mail on this August 11, 2011 to:

MELVIS CABRERA
10-12 EAST 14 STREET
HIALEAH, FL 33010
*Debtor(s)*

ROBERT SANCHEZ, ESQ.
900 W 49 ST #500
HIALEAH, FL 33012
*Attorney for Debtor(s)*

NANCY N. HERKERT
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*


  **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth Local Rule 2090-1(A).

           SMITH, HIATT & DIAZ, P.A.
           Attorneys for Creditor
           2691 E. Oakland Park Blvd.
           Suite 303
           Fort Lauderdale, FL  33306
           Phone: (954) 564-0071
           Fax:  (954) 564-9252
           E-mail: rdiaz@smith-hiatt.com


           By: /s/Roy A. Diaz
             Roy A. Diaz
             Florida Bar No.767700

1184-112740