UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                        Case No. 11-23685-RAM
Melvis Cabrera                                                        Chapter 13

_____Debtor._____/

**DEBTOR'S MOTION TO DEEM NATIONSTAR MORTGAGE, LLC CURRENT AS OF JUNE 2016 IN ACCORDANCE WITH THE CHAPTER 13 PLAN**

COMES NOW the Debtor, Melvis Cabrera, by and through the undersigned counsel, and files this Motion to Deem Mortgage of Nationstar Mortgage, LLC Current as of June 2016 in accordance with the Chapter 13 Plan and in support states as follows:

1. This case was filed on May 19, 2011.

2. The Debtor received her discharge on October 25, 2016.

3. The Debtor owns the real property located at 10-12 East 14 Street, Hialeah, FL 33010.

4. The Confirmed First Amended Plan paid Secured Creditor for the real property, Nationstar Mortgage, LLC, the arrears and the regular payment during the life of the plan up to and including the June 2016 payment.

5. The Creditor did not file a proof of claim and all payments have been disbursed by the Chapter 13 Trustee.

6. The total due to Creditor in the Debtor's 60 month plan is $26,000.00 for the arrears due and $94,654.20 for the regular monthly payments. As of the filing of the instant motion, a total of $120,654.60 has been paid to the

Creditor by the Trustee, allocating $26,000.40 for the arears due and $94,654.20 for the monthly regular payments.

7. The Secured Creditor is not acknowledging that the Debtor is up to date as of June 2016 and the Mortgage Loan Statement attached as "Exhibit A" is showing that the Debtor is past due a total of $92,300.55 as of November 22, 2016.

8. As such, the Debtor seeks an order deeming Nationstar Mortgage, LLC current through June 2016 and that that first payment due to be paid directly to the creditor should be the July 2016 payment.

9. The Debtor is requesting that in the event that the Secured Creditor, the current servicers, or any subsequent assignees or holders of the aforementioned entities attempt to collect any of these fees or expenses, such action shall be deemed to be a willful violation of the orders of this Court; and that such action shall give the right to the Debtors to pursue a proceeding before this court for contempt and appropriate sanctions and such other state and federal statutory remedies as may be available to the debtors and that this Court specifically retain jurisdiction over such claim or claims.

10. The Debtor requests that Secured Creditor, or any subsequent assignees begin providing the Debtor with the monthly reminder as done in the

normal course of business of the aforementioned entities and accept payments directly from the Debtor for payments beginning July 2016.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order Deeming NationStar Mortgage, LLC current through June 2016, that the next payment due directly from the Debtor is the July 2016 payment, and any and all other relief that is just.

### Certificate of Admission

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in local Rule 910 (D) (1) and (2).

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing motion and notice of hearing was served upon all parties on the attached list on December 28, 2016 via regular mail.

Respectfully submitted,
Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL 33012
Tel. (305)-687-8008
By:__/s/ Robert Sanchez_____
Robert Sanchez, Esquire
FBN#0442161